IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) No. 21-MJ __008__ STE ) |
| GENE L. MOWATT, | ) ) ) |
| Defendant. | ) Violation: 16 U.S.C. §668dd(f)(1) ) 50 C.F.R. §27.82(b)(2) ) ) |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about December 11, 2020, in the Western District of Oklahoma on the Wichita Mountains National Wildlife Refuge, at or near Ferguson Lane,

- - - - - - - - - - - - - - - - GENE L. MOWATT, - - - - - - - - - - - - - -

the defendant, did possess a controlled substance, to wit: marijuana, on a national wildlife refuge.

All in violation of Title 16, United States Code Section 668dd(f)(1) and Title 50, Code of Federal Regulations, Section 27.82(b)(2).

Dated this 13th day of January 2021.

TIMOTHY J. DOWNING
United States Attorney

_/s/ Kelsey A. Kornblut_
KELSEY A. KORNBLUT
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, OK 73503
(580) 442-3900